**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MORGAN, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; <br><br> Plaintiff, <br><br> vs. <br><br> CHILDTIME CHILDCARE, INC., an unknown business entity; LEARNING CARE GROUP, an unknown business entity; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 8:17-CV-01641-AG-KES <br><br> Honorable Andrew J. Guilford <br> Courtroom 10D <br><br> **<u>CLASS ACTION</u>** <br><br> **JUDGMENT** <br><br> Complaint Filed: August 17, 2017 <br> FAC Filed: November 17, 2017 <br> SAC Filed: February 22, 2019 <br> Trial Date: None Set |

1   This matter has come before the Honorable Andrew J. Guilford in Courtroom 10D of the above-entitled Court, located at 411 West 4th Street, Room 1053, Santa Ana, California 92701, on Plaintiff Karen Morgan's ("Plaintiff") Motion for Final Approval of Class Action Settlement ("Motion for Final Approval").

On January 6, 2020, the Court entered an Order Granting Final Settlement Approval and Fees, Costs, and Other Awards (Dkt. No. 55) ("Final Approval Order"), thereby granting Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. No. 51) and granting in part Plaintiff's Motion for Attorneys' Fees, Costs, and Service Award (Dkt. No. 52).

The parties having settled the Action and the Court having entered the Final Approval Order, and good cause appearing, **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED AS FOLLOWS:**

1. Except as set forth in the Settlement Agreement and Final Approval Order, Plaintiff and all Settlement Class Members shall take nothing by the Second Amended Class Action Complaint for Damages and Enforcement Under the Private Attorneys General Act, Cal. Labor Code § 2698 Et Seq. ("Second Amended Complaint") in this Action.

2. The entire Second Amended Complaint, and all causes of action therein, are hereby dismissed.

**IT IS SO ORDERED.**

DATE: January 27, 2020

_____
Honorable Andrew J. Guilford
Judge of the United States District Court